## THE GEISSLER SHOE COMPANY *v.* LOUISA M. BRITZ ET AL.

[No. 8,973.    Filed May 28, 1915.]

From Superior Court of Vanderburgh County; *F. M. Hostetter*, Judge.

Action between The Geissler Shoe Company and Louisa M. Britz and another. From a judgment for the latter, the former appeals.

*Elmer Q. Lockyear* and *D. F. Seacat*, for appellant.

*John E. Iglehart, Edwin Taylor, Eugene H. Iglehart* and *George D. Heilman*, for appellees.

PER CURIAM.—The judgment of the trial court is affirmed.

---

## BUCK *v.* KOONTZ.

[No. 8,635.    Filed June 4, 1915.]

From Marshall Circuit Court; *Harry Bernetha*, Judge.

Action between Ira D. Buck and Samuel Koontz From a judgment for the latter, the former appeals.

*E. C. Martindale*, for appellant.

*Harley A. Logan*, for appellee.

PER CURIAM.—Judgment affirmed.